## Commonwealth *v.* Reece, Appellant.

Argued March 19, 1969. *D. Barry Gibbons,* with him *Gibbons and Buckley,* for appellant; *William H. Lamb,* Assistant District Attorney, with him *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

724

OPINION PER CURIAM: The six judges who heard the argument on this appeal being equally divided in opinion, the judgment of sentence of the court below is affirmed.

SPAULDING, J., absent.